# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | EDWARD D FIZHUGH |
| **Case Number:** | 2:13-BK-09235-SSC  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2013 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | FAYE HOLTHAUS |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

MOTION FOR RELIEF FROM STAY RE: TOYOTA

**R / M #:**   26 / 0

## Appearances:

NANCY SWIFT, ATTORNEY FOR TOYOTA (T)
EDWARD FIZHUGH, DEBTOR (T)

## Proceedings:

Ms. Swift informs the court that the debtor remains delinquent despite promises to bring the loan current.

Mr. Fizhugh states he can become current within 60 days.

**COURT: IT IS ORDERED GRANTING THE MOTION AND VACATING THE STAY. MS. SWIFT TO LODGE A FORM OF ORDER.**