Edward D. Fitzhugh
2059 E. La Vieve Lane
Tempe, Arizona 85284
(480) 363-0887
Debtor

FILED
OCT 09 2013
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re

EDWARD D. FITZHUGH,

    Debtor

Case 2:13-bk-09235 SSC

**MOTION TO REINSTATE CASE**

Debtor hereby files his Motion to Reinstate Case and states the following:

1. Debtor filed a Motion to Extend Time to pay the filing fee for sixty days on July 29, 2013. The court granted a 30 day extension.

2. Debtor did make two payments to the court.

3. Debtor's case was dismissed on October 3, 2013 for nonpayment of the filing fee.

4. On October 7, 2013 Debtor paid the remainder of the filing fee to the court.

WHEREFORE, Debtor respectfully requests this court reinstate his case.

DATED this 8th day of October, 2013.

                                                  Edward D. Fitzhugh

ORIGINAL mailed for filing this
8th day of October, 2013 to:

Clerk, US Bankruptcy Court
230 N. First Avenue #101
Phoenix, AZ 85003

*Edward D. Fitzhugh*