**United States Bankruptcy Court**
District of Arizona

In re: Edward D Fitzhugh, Debtor(s)

Case No. 2:13-bk-09235
Chapter 7

**FILED**
NOV 0 4 2013
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## DECLARATION - AMENDED

I, **Edward D Fitzhugh**, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __1__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: 10-31-13

_/s/ Edward Fitz_
**Edward D Fitzhugh**
Signature of Debtor

Date: _____

_____
Signature of Attorney

MML-5

Fitzhugh, Edward - 2:13-bk-09235

CHASE
FOR SOUTHWEST CARD
PO BOX 15548
WILMINGTON DE 19886-5548


DIRECT ACCESS LEGAL SERVICES
205 E. SOUTHERN AVENUE #202
MESA AZ 85210


INTERNATIONAL MEDIA CONCEPTS, INC.
PO BOX 437
NEW HYDE PARK NY 11040-0410


JAY B. CLARK & ASSOCIATES
FOR AMERICAPITAL
6515 W. VILLA THERESA DRIVE
GLENDALE AZ 85308


MOSS & BARNETT
FOR WEST PUBLISHING CORP/THOMSON REUTERS
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-4129


PAID IN FULL
FOR JAY B. CLARK & ASSOC./AMERICAPITAL
PO BOX 43228
PHOENIX AZ 85080


WEST PUBLISHING CORPORATION
DBA THOMSON REUTERS BUSINESS
PO BOX 6292
CAROL STREAM IL 60197-6292