*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| EDWARD D. FITZHUGH; | Case No. 2:13-BK-09235-SSC |
| Debtor. | |

**MOTION FOR EXAMINATION
PURSUANT TO BANKRUPTCY RULE 2004**

The trustee moves this Court for the entry of an order providing for an examination of Rick Venezia ("Venezia"). The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED December 30, 2013.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake – 009656
   11811 North Tatum Boulevard
   Suite 3031
   Phoenix, Arizona 85028-1621
   Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

Prior to the bankruptcy filing, the debtor provided legal services to Venezia in connection with Maricopa County Superior Court Case No. CV2009-006922 (the "Litigation"). The Litigation was settled.

1   As a result of the settlement of the Litigation, the trustee
2   is informed and believes that the debtor now claims to be owed unpaid
3   fees and costs in connection with a contingent fee agreement between
4   the debtor and Venezia.

5   So that the trustee can investigate this matter, the trustee
6   requests that the Court order Venezia,[1] pursuant to Bankruptcy Rule
7   2004, to produce to the trustee a copy of the contingent fee agreement
8   with the debtor, the settlement agreement, documents reflecting the
9   receipt and disposition of the settlement proceeds, all documents and
10  information regarding fees and costs claimed to be due by the debtor,
11  and all documents regarding fees and costs claimed to be due to any
12  other person related to the Litigation and/or the settlement.

13  **WHEREFORE**, the trustee prays for the entry of an order
14  pursuant to Bankruptcy Rule 2004 as set forth herein.

15  DATED December 30, 2013.

16  *TERRY A. DAKE, LTD.*

18  By /s/ TD009656
       Terry A. Dake
       11811 North Tatum Boulevard
19     Suite 3031
       Phoenix, Arizona 85028-1621

COPY e-mailed December 30, 2013 to:

Douglas C. Gardner
Davis Miles McGuire Gardner, PLLC
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
dgardner@davismiles.com

 /s/ TD009656

---

[1] Including any attorneys acting for or on behalf Venezia.

2